1 | Stuart B. Wolfe (SBN 156471)
2 | Alice M. Dostalova (SBN 244513)
  | amdostalova@wolfewyman.com
  | WOLFE & WYMAN LLP
3 | 2175 N. California Blvd., Suite 645
  | Walnut Creek, California 94596-3579
4 | Telephone: (925) 280-0004
  | Facsimile: (925) 280-0005

Attorneys for Plaintiff
BANK OF AMERICA, N.A., as successor by merger to La
Salle Bank National Association, as trustee for the Merrill
Lynch First Franklin Mortgage Loan Trust, Mortgage Loan
Asset-Backed Certificates, Series 2007-H-1 and as trustee for
the Merrill Lynch First Franklin Mortgage Loan Trust, Series
2007-A Mortgage Loan Asset-Backed Certificates

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to LaSalle Bank National Association, as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates. | Case No.: 2:09-cv-02865<br><br>**STIPULATION TO EXTEND PRE-TRIAL DEADLINES; ORDER** |
| Plaintiff, | |
| v. | |
| NIKOLAY YAKIMENKO, an individual; JANETA ASLANYAN, an individual; FIRST AMERICAN TITLE INSURANCE CO., a California corporation; GMAC MORTGAGE, LLC, a Delaware corporation; and DOES 1 through 200, inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is made pursuant to Federal Rules of Court Rule 16(b)(4), Local Civil Rules of Court Rule 83-143 and the Scheduling Order Section XIII, and is made by and between Plaintiff BANK OF AMERICA, N.A., as successor by merger to LaSalle Bank National Association, as

1
**STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**
C:\iFolder\mengland\Home\TO BE SIGNED-CIVIL\09cv2865.o.0419.doc

trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates ("BOA"), Defendant GMAC MORTGAGE, LLC ("GMAC"), and Defendant DOE 1, UNITED STATES OF AMERICA ("US"), by and through their respective counsel of record herein. The parties stipulate and hereby seek the Court to continue all pre-trial dates currently set forth in the Scheduling Order based on good cause and agreement of the parties.

WHEREAS, BOA, GMAC and US are currently the only active, non-defaulted, parties in the action; and

WHEREAS, GMAC has only recently appeared in the action; and

WHEREAS, GMAC has only recently obtained counsel to represent it in this action; and

WHEREAS, BOA, GMAC and US are currently seeking to resolve this matter without further Court intervention; and

WHEREAS, the Trial Date of February 13, 2012 as currently set forth in the Scheduling Order, will remain the same; and

WHEREAS, no previous stipulation and request for a modification of the scheduling order or request for continuance of a trial date has been made; and

WHEREAS, the stipulation and request will not prejudice the parties;

**NOW THEREFORE,** good cause exists to modify the Scheduling Order relating to all pre-trial dates, except the trial date, as follows:

Discovery Cut-Off Deadline ..................................September 16, 2011

*(Old Date: April 13, 2011)*

Expert Witness Disclosure ......................................November 4, 2011

*(Old Date: June 13, 2011)*

Dispositive Motion Filing Deadline.........................October 10, 2011

*(Old Date: June 16, 2011)*

Opposition Filing Deadline.........................October 31, 2011

*(Old Date: July 7, 2011)*

2

**STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**

1         Reply Filing Deadline ................................. November 14, 2011

2         *(Old Date: July 21, 2011)*

3         Hearing on Dispositive Motion .................. November 24, 2011 at 2:00 p.m.

4         *(Old Date: August 11, 2011)*

5         Pre-Trial Conference ................................................ January 19, 2012 at 2:00 p.m.

6         *(Old Date: December 15, 2011)*

7         Statement Filing Deadline .......................... December 28, 2011

8         *(Old Date: November 23, 2011)*

9         Trial Brief Filing Deadline ..................................... January 5, 2012

10         *(Old Date: December 1, 2011)*

11         Evidentiary and Procedural Motions Deadline ....... December 28, 2011

12         *(Old Date: November 23, 2011)*

13         Opposition Filing Deadline ........................ January 5, 2012

14         *(Old Date: December 1, 2011)*

15         Reply Filing Deadline ................................. January 12, 2012

16         *(Old Date: December 8, 2011)*

**NOW THEREFORE,** THE PARTIES HEREBY STIPULATE AND AGREE to the foregoing modification.

DATED: April 12, 2011         SEVERSON & WERSON, P.C.

        By: /s/ Casey J. McTigue (as authorized on April 12, 2011)
        CASEY J. MCTIGUE
        Attorneys for Defendant
        GMAC MORTGAGE, LLC

DATED: April 12, 2011         BENJAMIN B. WAGNER
        United States Attorney

        By: /s/Andy R. Camacho (as authorized on April 12, 2011)
        ANDY R. CAMACHO
        Attorneys for Defendant DOE 1
        UNITED STATES OF AMERICA

**STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**

WOLFE & WYMAN LLP
Attorneys & Counselors At Law

DATED: April 12, 2011                    WOLFE & WYMAN, LLP

By: /s/ Alice M. Dostalova
    ALICE M. DOSTALOVA
    STUART B. WOLFE
Attorneys for Plaintiff
BANK OF AMERICA as successor by merger to LaSalle Bank National Association, as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates

## ORDER

Having reviewed the foregoing stipulation, the Court finds that good cause has been shown for modification of the Court's Pretrial Scheduling Order under the circumstances. Because the timing of the proposed continued dates are not workable within the confines of the currently scheduled Final Pretrial Conference and trial date, however, the trial in this matter will be continued to July 2, 2012. The remaining dates will be scheduled in conjunction with that new trial date and will be set forth within a comprehensive Amended Pretrial Scheduling Order to be issued by the Court shortly.

**IT IS SO ORDERED.**

DATED: April 19, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4
STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER
C:\iFolder\mengland\Home\TO BE SIGNED-CIVIL\09cv2865.o.0419.doc