Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Alice M. Dostálová (SBN 244513)
amdostalova@wolfewyman.com
Marcus T. Brown (SBN 255662)
mtbrown@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Plaintiff
BANK OF AMERICA, N.A., as successor by merger to La Salle Bank
National Association, as trustee for the Merrill Lynch First Franklin
Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series
2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan
Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates

Lisa Jeong Cummins (SBN 118087)
lcummins@campbellwarburton.com
CAMPBELL WARBURTON FITZSIMMONS
SMITH MENDELL & PASTORE
64 West Santa Clara Street
San Jose, CA 95113-1806
Telephone:  (408) 295-7701
Facsimile:   (408) 295-1423

Attorneys for Defendant
GMAC MORTGAGE, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., etc.,<br><br>　　　　　Plaintiff,<br><br>  v.<br><br>NIKOLAY YAKIMENKO, JANETA ASLANYAN, FIRST AMERICAN TITLE INSURANCE CO., GMAC MORTGAGE, LLC, and DOES 1-200, inclusive, | Case No.:  2:09-cv-02865 MCE GGH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PARTIES TO RESPOND TO DISCOVERY REQUESTS AND EXTENDING THE FACT-DISCOVERY CUT-OFF FOR THAT PURPOSE** |

Plaintiff and Defendants GMAC MORTGAGE, LLC, ("GMAC") and UNITED STATES OF AMERICA ("U.S.") (collectively, "Parties") hereby stipulate as follows and request that the court enter the proposed order set forth below.

1

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND AND FACT DISCOVERY CUT-OFF**

1   WHEREAS, trial of this case is scheduled to begin on July 2, 2012;

2   WHEREAS, the fact-discovery cut-off is September 16, 2011;

3   WHEREAS, on August 11, 2011, Plaintiff propounded the following discovery requests
4   upon Defendant GMAC: (1) Requests for Production of Documents Propounded by Plaintiff Bank
5   of America, N.A., to Defendant GMAC Mortgage, LLC, Set One; (2) Interrogatories Propounded
6   by Plaintiff Bank of America N.A., to Defendant GMAC Mortgage, LLC, Set One; (3) Requests for
7   Admission Propounded by Plaintiff Bank of America N.A., to Defendant GMAC Mortgage, LLC,
8   Set One ("BofA's Discovery");

9   WHEREAS, on August 13, 2011, GMAC propounded the following discovery requests upon
10  Plaintiff: (1) Defendant GMAC's Request for Production of Documents and Electronically Stored
11  Information and Things to Plaintiffs, Set One; (2) Defendant GMAC's Interrogatories to Plaintiff,
12  Set One; and (3) Defendant GMAC's Requests for Admission to Plaintiff, Set One ("GMAC's
13  Discovery");

14  WHEREAS, Plaintiff and Defendant GMAC and their attorneys require additional time
15  beyond the discovery cut-off to adequately and properly respond to GMAC's Discovery and BofA's
16  Discovery; and,

17  WHEREAS, the Parties believe that a short extension of time for Plaintiff's and Defendant
18  GMAC's responses beyond the discovery cut-off will not interfere with any litigation dates,
19  schedules, or deadlines in this action.

20  NOW, THEREFORE, the Parties stipulate and agree that, notwithstanding the fact discovery
21  cut-off date, Plaintiff and Defendant GMAC shall have up to and including **September 29, 2011**, to
22  serve their responses to GMAC's Discovery and to BofA's Discovery, respectively, and that the fact
23  discovery cut-off shall be extended to **September 29, 2011** for this purpose alone.

24  ///
25  ///
26  ///
27  ///
28  ///

2
**STIPULATION AND ORDER EXTENDING TIME TO RESPOND AND FACT DISCOVERY CUT-OFF**

912102.1

1    IT IS SO STIPULATED.

2

3    DATED:  September 14, 2011           WOLFE & WYMAN LLP

4

5                                         By:  /s/ Marcus T. Brown  SBN 225662
                                              STUART B. WOLFE
                                              ALICE M. DOSTALOVA
6                                             MARCUS T. BROWN
                                         Attorneys for Plaintiff
7                                        BANK OF AMERICA, N.A., as successor by merger
                                         to La Salle Bank National Association, as trustee for
8                                        the Merrill Lynch First Franklin Mortgage Loan Trust,
                                         Mortgage Loan Asset-Backed Certificates, Series
9                                        2007-H-1 and as trustee for the Merrill Lynch First
                                         Franklin Mortgage Loan Trust, Series 2007-A
10                                       Mortgage Loan Asset-Backed Certificates

11

12   DATED:  September 14, 2011           CAMPBELL WARBURTON FITZSIMMONS
                                         SMITH MENDELL & PASTORE
13

14

15                                        By:  /s/ Lisa Jeong Cummins
                                                LISA JEONG CUMMINS
                                         Attorneys for Defendant
16                                       GMAC MORTGAGE, LLC

17

18   DATED:  September 14, 2011
                                         BENJAMIN B. WAGNER
19                                       United States Attorney

20                                        By:  /s/ Andy R. Camacho
                                                ANDY R. CAMACHO
21                                       Trial Attorney, Tax Division
                                         U.S. Department of Justice
22                                       P.O. Box 683
                                         Ben Franklin Station
23                                       Washington, D.C.  20044-0683
24                                       Attorneys for United States of America

25

26

27

28

---
3
**STIPULATION AND ORDER EXTENDING TIME TO RESPOND AND FACT DISCOVERY CUT-OFF**

912102.1

## ORDER

The Court, having reviewed the foregoing stipulation, and good cause appearing therefore, hereby ORDERS that Plaintiff and Defendant GMAC shall have up to and including **September 29, 2011**, to serve their responses to GMAC's Discovery and to BofA's Discovery, respectively, and that the fact discovery cut-off shall be extended to **September 29, 2011** for this purpose alone.

IT IS SO ORDERED.

Dated:  September 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE