UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BANK OF AMERICA, N.A.,           No. 2:09-cv-02865-MCE-GGH

    Plaintiff,

  v.                       <u>ORDER CONTINUING TRIAL</u>

NIKOLAY YAKIMENKO, et al.,

    Defendants.

_____/

    YOU ARE HEREBY NOTIFIED the July 2, 2012 bench trial is vacated and continued to **February 4, 2013,** at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **November 29, 2012.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the May 3, 2012 Final Pretrial Conference is vacated and continued to **December 13, 2012,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **November 21, 2012,** and shall comply with the procedures outlined in the Court's April 21, 2011 Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **November 21, 2012.**  Oppositions must be filed by **November 29, 2012** and any reply must be filed by **December 6, 2012.**  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE