Stuart B. Wolfe (SBN 156471)
Alice M. Dostalova (SBN 244513)
amdostalova@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3579
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Plaintiff
BANK OF AMERICA, N.A., as successor by merger to La
Salle Bank National Association, as trustee for the Merrill
Lynch First Franklin Mortgage Loan Trust, Mortgage Loan
Asset-Backed Certificates, Series 2007-H-1 and as trustee for
the Merrill Lynch First Franklin Mortgage Loan Trust, Series
2007-A Mortgage Loan Asset-Backed Certificates

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to LaSalle Bank National Association, as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NIKOLAY YAKIMENKO, an individual; JANETA ASLANYAN, an individual; FIRST AMERICAN TITLE INSURANCE CO., a California corporation; GMAC MORTGAGE, LLC, a Delaware corporation; and DOES 1 through 200, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:09-cv-02865<br><br>**STIPULATION TO EXTEND PRE-TRIAL DEADLINES; ORDER THEREON** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

This Stipulation is made pursuant to Federal Rules of Court Rule 16(b)(4), Local Civil Rules

of Court Rule 83-143 and the Scheduling Order Section XIII, and is made by and between Plaintiff

BANK OF AMERICA, N.A., as successor by merger to LaSalle Bank National Association, as

1
**STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**

trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates ("BOA"), Defendant GMAC MORTGAGE, LLC ("GMAC"), and Defendant DOE 1, UNITED STATES OF AMERICA ("US"), by and through their respective counsel of record herein.  The parties stipulate and hereby seek the Court to continue all pre-trial dates currently set forth in the Scheduling Order based on good cause and agreement of the parties.

WHEREAS, BOA, GMAC and US are currently the only active, non-defaulted, parties in the action; and

WHEREAS, BOA, GMAC and US are currently seeking to resolve this matter without further Court intervention by way of a Mediation to occur by April 30, 2012; and

WHEREAS, GMAC has requested the continuance of the hearing on the Motion for Summary Judgment to the proposed Dispositive Motion hearing date of September 11, 2012; and

WHEREAS, the Trial Date of February 4, 2013 as currently set forth in the Scheduling Order, will remain the same; and

WHEREAS, all other dates not specifically set forth below shall remain as previously set by the Court on October 26, 2011; and

WHEREAS, the parties wish to re-open discovery and extend the discovery cut-off deadline to a date closer to the February 4, 2013 trial date to allow the parties to continue their exploration of facts and issues in this matter, including information attained only after the passage of the current discovery cut-off date; and

WHEREAS, there was one prior stipulation and request for modification of the scheduling order of all other dates except for trial, and one stipulation briefly extending the discovery cut-off deadline, all prior to the Court's most recent order continuing the trial date to February 4, 2013; and

WHEREAS, the stipulation and request will not prejudice the parties;

///

///

///

2

**STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**

1004130.1

1    **NOW THEREFORE,** good cause exists to modify the Scheduling Order relating to all pre-
2    trial dates, except the trial date, as follows:

3    Discovery Cut-Off Deadline ...................................June 28, 2012
4    *(Old Date: September 29, 2011)*
5    Expert Witness Disclosure ......................................July 12, 2012
6    *(Old Date: November 4, 2011)*
7    Dispositive Motion Filing Deadline........................July 26, 2012
8    *(Old Date: January 12, 2012)*
9    Opposition Filing Deadline.........................August 16, 2012
10   *(Old Date: February 2, 2012)*
11   Reply Filing Deadline................................August 30, 2012
12   *(Old Date: February 16, 2012)*
13   Hearing on Dispositive Motion................. September 11, 2012 at 2:00 p.m.
14   *(Old Date: March 8, 2012)*

15   **NOW THEREFORE,** THE PARTIES HEREBY STIPULATE AND AGREE to the
16   foregoing modification.

17   DATED: February 21, 2012          CAMPBELL, WARBURTON, FITZSIMMONS

18
19                                    By: /s/ *Lisa Jeong Cummins (authorized 2/21/2012)*
                                          LISA JEONG CUMMINS
20                                        Attorneys for Defendant
                                          GMAC MORTGAGE, LLC
21

22   DATED: February 23, 2012          JOHN A. DICICCO
                                       Principal Deputy Assist. Attorney General
23
24                                     By:  /s/ *Andy R. Camacho (authorized 2/23/2012)*
                                           ANDY R. CAMACHO
25                                         Attorneys for Defendant DOE 1
                                           UNITED STATES OF AMERICA
26   ///
27   ///
28

3
**STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**

1004130.1

| | |
|---|---|
| DATED: February 23, 2012 | WOLFE & WYMAN, LLP |
| | |
| | By:  /s/ *Alice M. Dostalova* |
| | ALICE M. DOSTALOVA |
| | STUART B. WOLFE |
| | Attorneys for Plaintiff |
| | BANK OF AMERICA as successor by merger to LaSalle Bank National Association, as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates |

### *** ORDER ***

Pursuant to the parties' stipulation, the Court adopts the deadlines proposed above with the exception of the proposed September 11, 2012 hearing on Defendants' summary judgment motion. Because that date is not an available civil motion date on the Court's calendar, the hearing will be set for **September 20, 2012 at 2:00 p.m**., the next available date after September 11, 2012.  Moreover, Defendant's currently pending Motion for Summary Judgment (ECF No. 40) is DENIED at this point, without prejudice, with permission granted to refile the motion at a later time for hearing not later than September 20, 2012.

IT IS SO ORDERED.

Dated:  March 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**

1004130.1