UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BANK OF AMERICA, N.A.,        No. 2:09-cv-02865-MCE-GGH

    Plaintiff,

  v.                          ORDER CONTINUING TRIAL

NIKOLAY YAKIMENKO, ET AL.,

    Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the February 4, 2013 bench trial is vacated and continued to **May 6, 2013**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **February 21, 2013.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the December 13, 2012 Final Pretrial Conference is vacated and continued to **March 7, 2013,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **February 14, 2013** and shall comply with the procedures outlined in the Court's April 21, 2011 Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **February 14, 2013**. Oppositions must be filed by **February 21, 2013** and any reply must be filed by **February 28, 2013**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE