UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., | No. 2:09-cv-02865-MCE-CKD |
|     Plaintiff, | |
|   v. | ORDER CONTINUING TRIAL |
| NIKOLAY YAKIMENKO, ET AL., | |
|     Defendants. | |

_____/

The Stipulation and Proposed Order to Continue Trial Date, Pretrial Conference Date, and Trial Related Dates and Deadlines (ECF No. 57) is granted. The May 6, 2013 bench trial is vacated and continued to **January 13, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **October 31, 2013**. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the March 7, 2013 Final Pretrial Conference is vacated and continued to **November 14, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **October 24, 2013** and shall comply with the procedures outlined in the Court's April 21, 2011 Pretrial Scheduling Order.

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **October 24, 2013**. Oppositions must be filed by **October 31, 2013** and any reply must be filed by **November 7, 2013**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE