**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Andrew A. Bao (SBN 247092)**
*aabao@wolfewyman.com*
**WOLFE & WYMAN LLP**
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

**Attorneys for Plaintiff**
U.S. BANK, N.A., as successor trustee for BANK OF AMERICA, N.A., as successor by merger to La Salle Bank National Association, as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to La Salle Bank National Association, as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates,<br><br>Plaintiff,<br><br>v.<br><br>NIKOLAY YAKIMENKO, an individual, JANETA ASLANYAN, an individual, FIRST AMERICAN TITLE INSURANCE CO., a California corporation, GMAC MORTGAGE, LLC, a Delaware corporation, and DOES 1 through 200, inclusive,<br><br>Defendants | Case No.:  2:09-cv-02865 MCE AC<br><br>**ORDER TO VACATE OR CONTINUE TRIAL DATE, PRE-TRIAL CONFERENCE DATE, AND TRIAL-RELATED DATES AND DEADLINES**<br><br>Current Dates:<br>Trial Date:                  January 13, 2014<br>Pre-Trial Conference: November 11, 2013 |

The Court, having considered the stipulation by and between Plaintiff U.S. BANK, N.A., as successor trustee for BANK OF AMERICA, N.A., as successor by merger to La Salle Bank National

1

**ORDER CONTINUING TRIAL DATE, PRETRIAL CONF., ETC.**

Association, as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates ("Plaintiff") and GMAC MORTGAGE, LLC ("GMAC") (collectively hereinafter, the "Parties") to vacate the current trial date of January 13, 2014, the November 11, 2013 pre-trial conference and all related dates and deadlines due to the settlement in principal between the parties or, in the alternative, for a ninety (90) day continuance of the same, hereby ORDERS as follows:

      IT IS ORDERED that the Parties request to vacate the current trial date of January 13, 2014, the November 11, 2013 pre-trial conference and all related dates and deadlines be granted. An amended pretrial scheduling order will follow.

**Dated: November 5, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT