UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to La Salle Bank National Association, as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates,<br><br>  Plaintiff,<br><br> v.<br><br>NIKOLAY YAKIMENKO, an individual, JANETA ASLANYAN, an individual, FIRST AMERICAN TITLE INSURANCE CO., a California corporation, GMAC MORTGAGE, LLC, a Delaware corporation, and DOES 1 through 200, inclusive,<br><br>  Defendants | Case No.:  2:09-cv-02865 MCE AC<br><br>**ORDER DISMISSING DEFENDANTS WITH PREJUDICE PURSUANT TO STIPULATION**<br><br>Current Dates:<br>Trial Date:              January 12, 2015<br>Pre-Trial Conference:   November 13, 2014 |

The Court, having considered the stipulation (ECF No. 70) by and between BANK OF AMERICA, N.A., as successor by merger to La Salle Bank National Association, as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset-Backed Certificates ("Plaintiff"), GMAC MORTGAGE, LLC, through its successor in interest, Christiana Trust, a division of Wilmington Savings Fund Society, FSB as

1
**ORDER DISMISSING DEFENDANTS WITH PREJUDICE PURSUANT TO STIPULATION**

trustee for Knoxville 2012 Trust ("Christiana Trust") and defendant FIRST AMERICAN TITLE INSURANCE COMPANY ("FATIC") (Christiana Trust and FATIC collectively referred to as "Appearing Defendants"), hereby **ORDERS** as follows:

(1)  Defendant GMAC MORTGAGE, LLC, through its successor in interest, Christiana Trust, a division of Wilmington Savings Fund Society, FSB as trustee for Knoxville 2012 Trust ("Christiana Trust") is **DISMISSED** from this action with prejudice;

(2) Defendant FIRSTAMERICAN TITLE INSURANCE COMPANY ("FATIC") is **DISMISSED** from this action with prejudice; and

(3) Not later than ten (10) days after the date this Order is filed electronically OR by November 5, 2014 (whichever is sooner), Plaintiff and all remaining Defendants, if any, are **ORDERED** to file a Joint Status Report setting forth: (1) what claims, if any, remain to be adjudicated; (2) what defendants, if any, remain; and (3) whether, given the dismissal of Christiana Trust and FATIC from this action, the Court may vacate the November 12, 2014, Final Pretrial Conference and the January 12, 2015, Bench Trial and close this case.  If it is the parties' contention that the Court may vacate the January 12, 2015, Bench Trial and close this case, not later than ten (10) days after the date this Order is filed electronically OR by November 5, 2014 (whichever is sooner), Plaintiff and all remaining Defendants, if any, are **ORDERED** to submit a stipulation and proposed order (see Local Rule 137) requesting that the Court dismiss this entire action, vacate the January 12, 2015, Bench Trial, and close this case.  Failure to submit the required Joint Status Report may result, without further notice to the parties, in monetary sanctions on counsel and the dismissal of this action with prejudice for noncompliance with this Order and/or for failure to prosecute pursuant to this Court's inherent authority to control its docket, and/or Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:  October 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**ORDER DISMISSING DEFENDANTS WITH PREJUDICE PURSUANT TO STIPULATION**