1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| BANK OF AMERICA, N.A., as Successor by merger to LaSalle Bank National Association, as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan, | No.  2:09-cv-02865-MCE-AC |
| Plaintiffs, | **ORDER** |
| v. | |
| NIKOLAY YAKIMENKO, et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Application for Default Judgment (ECF No. 75).  The Court requires additional information prior to ruling on that Application.

///

///

///

///

///

///

///

1

Accordingly, not later than ten (10) days following the date this Order is electronically filed, Plaintiff is required to submit supplemental briefing not to exceed five (5) pages on the following questions: (1) whether and how the operative complaint is actually verified; and (2) how the standard of review applicable to Plaintiff's application for default judgment in this Court is affected by California Code of Civil Procedure 764.010 ("The court shall not enter judgment by default but shall in all cases require evidence of plaintiff's title and hear such evidence as may be offered respecting the claims of any of the defendants, other than claims the validity of which is admitted by the plaintiff in the complaint."). See, e.g., Phelan v. Mecom Equipment, LLC, 2013 WL 1313960, at *4 (E.D. Cal. 2013).

IT IS SO ORDERED.

Dated:  January 26, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT