UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bank of America , <br><br>    Plaintiff, <br><br> v. <br><br> Yakimenko, et al., <br><br>    Defendant. | Case No. 2:09-cv-2865 MCE AC <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Nikolay Yakimenko, Janeta Aslanyan, Morgan Creek Association

Date: February 25, 2015                                MARIANNE MATHERLY, CLERK

                                                                          By: /s/  C. Manzer
                                                                          Deputy Clerk