# UNITED STATES DISTRICT COURT

Eastern **District of** California

BANK OF AMERICA, N.A., as successor by merger to La Salle Bank National Association, as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset Backed Certificates

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Plaintiff (s),

V.

Nikolay Yakimenko, et al.

**CASE NUMBER:** 2:09-cv-02865-MCE-AC

Defendant (s),

Notice is hereby given that, subject to approval by the court, __Bank of America, N.A.__ substitutes
(Party (s) Name)

__Seth Harris, Esq.__, State Bar No. __253802__ as counsel of record in place
(Name of New Attorney)

place of __Andrew A. Bao, Esq. of Wolfe & Wyman LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | McCarthy & Holthus, LLP |
| Address: | 1770 Fourth Avenue, San Diego, CA 92101 |
| Telephone: | 619-685-4800     Facsimile 619-685-4811 |
| E-Mail (Optional): | sharris@mccarthyholthus.com |

I consent to the above substitution.

Date: August 23, 2017

Nationstar Mortgage LLC d/b/a Mr. Cooper as attorney in fact for Plaintiff

Tina Marie Braunc    /s/ Tina Marie Braunc
Document Execution Specialist (Signature of Party (s))

I consent to being substituted.

Date: August 29, 2017

/s/ Andrew A. Bao
Andrew A. Bao, Esq.
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: November 22, 2017

/s/ Seth Harris
(Signature of New Attorney)

## **ORDER**

The substitution of attorney is hereby approved and so ORDERED.

Dated:  December 11, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE