**McCARTHY & HOLTHUS, LLP**
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A, as successor by merger to La Salle Bank National Association, as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan AssetBacked Certificates, Series 2007-H-1 and as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset Backed Certificates,<br><br>Plaintiff,<br><br>v.<br><br>Nikolay Yakimenko, et al.,<br><br>Defendants. | Case No. 2:09-cv-02865-MCE-AC<br><br>**ORDER AMENDING MEMORANDUM AND ORDER** |

The Court having considered the Motion to Amend Memorandum and Order filed by Plaintiff Bank of America, N.A, as successor by merger to La Salle Bank National Association, as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset Backed Certificates, Series 2007- H -1, and as trustee for the Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-A Mortgage Loan Asset Backed Certificates ("Plaintiff") hereby orders as follows:

IT IS HEREBY ORDERED that the Memorandum and Order previously entered by this Court on February 25, 2015 is hereby amended to include the

following information:

The real property which this Order affects is commonly known as 9195 Pinehurst Drive, Roseville, CA 95747 and is legally described as follows:

LOT 78, AS SHOWN ON THE MAP ENTITLED, "TRACT #881 MORGAN CREEK VILLAGE B", FILED FOR RECORD SEPTEMBER 20, 2002, IN BOOK "Y" OF MAPS, PAGE 36 AS AMENDED BY THAT CERTAIN "CERTIFICATE OF CORRECTION", RECORDED JANUARY 2, 2003 AS DOCUMENT NO. 2003-0000189 AND RECORDED OCTOBER 8, 2003 AS DOCUMENT NO. 2003-173761, OFFICIAL RECORDS.

Pursuant to the Court's February 25, 2015 Memorandum and Order, the Full Reconveyances which the Court ruled as void were recorded in the Placer County Recorder's Office on September 9, 2008, as Instrument Numbers 2008-0072560-00 and 2008-0072561-00.

Pursuant to the Court's February 25, 2015 Memorandum and Order, the two Deeds of Trust which were reinstated of record as of the date of their original recording were both recorded in the Placer County Recorder's Office on June 29, 2007, as Instrument Numbers 2007-0065335-00 and 2007-0065336-00.

IT IS SO ORDERED.

Dated: January 16, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE